## (December 16, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED HARVEY, Petitioner, v HAROLD M. GERMAIN, as Superintendent of Camp Summit Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe*, 87 AD2d 904). Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.

## (December 22, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT DUCHEMIN, Appellant. — Appeal from a judgment of the County Court of Ulster County (Vogt, J.), rendered July 16, 1982, convicting defendant upon his plea of guilty of the crime of burglary in the second degree. Judgment affirmed (see *People v Buyce*, 97 AD2d 632). Kane, J. P., Casey, Yesawich, Jr., Weiss and Levine, JJ., concur.